Kessela Reis
12 Bucksway Road
Owings Mills, MD 21117

April 9, 2023

To The Honorable William P. Dimitrouleas:

My name is Kessela Reis. I am a National Program Manager with the US Equal Employment Opportunity Commission. I have been a public servant for over 20 years and honorably served on active duty in the US Army. I have known Damian Davis for 16 years. He has always been a reliable, genuine, and protective friend.

I am writing this letter to share my experience and knowledge of Damian's character. In 2008, he went out of his way to protect me when he worked at Dream night club. I had recently moved to Miami to work at the United States Citizenship and Immigration Service. Damian was a promoter at this club. I saw him periodically and we would chat briefly. One night, I went to the Dream night club and he warned me not to drink from private tables and to only drink from the bar. He had heard women were getting drugged by people who would slip drugs into drinks at these tables. Unfortunately, after a few months, I did not heed his warning and trusted some new friends. I drank from their table, and Damian noticed that I wasn't well. He quickly came to my aide and made sure I got home safely. I believe his actions likely saved my life and may have kept me from getting sexually assaulted. I trust Damian and know he is a good man with a big heart.

I am certain Damian will do all that he can to resolve this legal issue without further problems, and that he is remorseful for his actions.

I hope that this letter can in some way convince the court that Damian's mistake is an isolated incident that is not indicative of his overall character. Damian is a wonderful person who will go out of his way to protect perfect strangers and positively serve our community. I hope my testimony will be taken into consideration as the court determines the outcome of this case. I am available to address any questions the court may have.

Tristan Douglas
20 Minowan Miikan Lane
Toronto, ON, M6J 0E5

Friday March 31st, 2023

RE: Damien Davis

To The Honourable Judge,

I am writing this letter on behalf of Damien Davis. Mr. Davis and I have been close friends for fifteen years. During this time I have witnessed Mr. Davis proved to be a caring and responsible character. Mr. Davis, a professional Event Marketer, and TV Personality have supported others in the community as a mentor to up-and-coming professionals in the industry and his peers alike. Mr. Davis has been a loving father and treats everyone in his circle of friends as family. Mr. Davis's charges were very unexpected.

Mr. Davis had expressed to me how hard the pandemic had ruined business for him and myself, which led to many nights of us brainstorming ways to pivot and save years of progress. As a friend, I supported Mr. Davis in any way I can with business opportunities because he was the type of man that would do it for others with no hesitation.

When Mr. Davis heard of how badly my family had suffered from Hurricane Dorian in 2019, Mr. Davis was the first to be in touch and ready to assist with relief efforts. The support I received from Mr. Davis when my business had challenges helped put me in a position to help hundreds of people with my Dorian Relief efforts. We were able to raise nearly $250,000.00 in essential items and monetary donations to distribute to Hurricane Dorian survivors in The Bahamas.

When Mr. Davis expressed to me that he is facing charges, it was a complete surprise to me. I know that Mr. Davis's intentions have always been pure and righteous. I do not doubt that Mr. Davis has learned a valuable lesson throughout this entire experience and will continue to be an outstanding figure in this community.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe that Mr. Davis is an honorable man, a great father, and a good human being.

Sincerely,

*[signature]*

Tristan Douglas

Jennifer Garcia
581 SW 169th Ter
Weston, FL. 33326
954-226-9568 Jennifergarcia.cnm@gmail.com

3/25/2023
Re: Damian Davis

Respected authorities, Your Honor,

I Jennifer Garcia am writing this letter as a character reference for Mr. Damian Davis, whom I have known as a friend and I consider as family, for over 15 years. I am a well respected Nurse Practitioner and Certified Nurse Midwife in Broward county for over 14 years. When Mr. Davis reached out to me for a character reference, due to the current situation, I jumped at the opportunity, I would want everyone to see him the same way as I do. I have been a single parent since my children were 2 and I have always had a crazy schedule. If I was stuck at the hospital or was unable to pick up my children, I knew I could always call and trust Mr. Davis. My children love and respect him and would probably like to hang out with him more then they do with me. Their father has unfortunately has never been in the picture, so they never had anyone to confide in and consult with as a fatherly figure. Damian use to go play basketball and help train my son for various sports, he would even go to his games. When he had family events he would take my children. My son to this day will tell you how grateful he is of Damian and how blessed he felt that he had someone he could talk his teenager problems with. He used to talk with my son when he was troubled at school and help guide him to make the right choices. High school was very tough on my son and I know Damian was definitely one of the reasons he finished school and is now in his junior year of college. If you went to the local park, everyone knew him, kids and parents, and everyone loved and respected him.

Mr. Davis is also a good father and co-parent to his son Landon and I know with his guidance he will end up being an exceptional well rounded young man.

I can say with great confidence that only a handful of young men would have done and assisted someone that they had no financial or family ties with. He never once asked for anything in return. I am forever grateful for Mr. Davis, I would never have finished my third college degree if it wasn't for him. I know my children look up to him as their Uncle and I would have it no other way.

It is my sincere hope that you take this letter into consideration when making a final decision. Despite the current case, I still believe Mr. Damian Davis is an honorable young man and a valuable citizen that our community needs and is truly a good human being.

Sincerely,

*[signature]*